UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANEL RADONCIC, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>ABC PROPERTIES EQUITIES LLC, FISHER ASSOCIATES, LLC, and ALAN FISHER, *individually*,<br><br>                              Defendants. | 23 Civ. 3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court understands that the parties' efforts to resolve this matter through mediation were unsuccessful.  (*See* Dkt. #13).  The parties are hereby ORDERED to confer and submit a Proposed Civil Case Management Plan and Scheduling Order, a template for which is available at https://nysd.uscourts.gov/hon-katherine-polk-failla, on or before **June 5, 2023**.

        SO ORDERED.

Dated:   May 22, 2023
             New York, New York

                                                            _____
                                                              KATHERINE POLK FAILLA
                                                              United States District Judge