UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANEL RADONCIC,

                    Plaintiff,

          -against-                                    23-CV-0003 (JGLC)

ABC PROPERTIES EQUITIES LLC ET AL.,                    **ORDER**

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

        As discussed during today's conference, the parties are ORDERED to file a joint letter by

**January 19, 2024** stating whether they would like to be referred to a Magistrate Judge or the

Southern District's Mediation Program for settlement. The letter should also set forth the parties'

proposed briefing schedule for dispositive motions.


Dated:  January 16, 2024
         New York, New York

                                                  SO ORDERED.

                                                  _____
                                                  JESSICA G. L. CLARKE
                                                  United States District Judge