**MEMO ENDORSED**



90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

> Application GRANTED. The parties' joint letter is hereby due on **January 26, 2024**. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 27.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
> January 19, 2024
> New York, New York.

January 19, 2024

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Radoncic v. ABC Properties Equities LLC et al.*
               <u>Docket No: 23-cv-0003 (JGLC)</u>

Dear Judge Clarke:

This firm represents the Defendants in the above referenced action.

I am requesting a brief extension of time to file a joint letter from January 19, 2024 to January 26, 2024 stating whether we would like to be referred to a Magistrate Judge for settlement.

Plaintiff's attorney consents to this request.

Thank you for your courtesy.

                                          Respectfully submitted,

                                          *Douglas Rowe*

                                          Douglas E. Rowe

DER:ga

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8221398.1