

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

> Application GRANTED. The deadline for the parties to file a joint letter is extended to **February 9, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 29.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
> January 26, 2024
> New York, New York

January 25, 2024

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Radoncic v. ABC Properties Equities LLC et al.*
              *Docket No: 23-cv-0003 (JGLC)*

Dear Judge Clarke:

This firm represents the Defendants in the above referenced action.

I am requesting a brief extension of time to file a joint letter from January 26, 2024 to February 9, 2024 stating whether we would like to be referred to a Magistrate Judge for settlement.

Plaintiff's attorney does not consent to this request due to the fact that it is untimely under Your Honor's Rules. However, I was not aware that our client would be unavailable to consult with on this issue as he is travelling out the country. I do apologize for not submitting this request in a timely manner.

Thank you for your courtesy.

                                                Respectfully submitted,

                                                *Douglas Rowe*
                                                Douglas E. Rowe

DER:ga