**MEMO ENDORSED**

DOUGLAS E. ROWE
PARTNER
DIRECT DIAL 516.296.7102
drowe@certilmanbalin.com

> Application GRANTED. The deadline for the parties to submit a status letter is extended to **May 9, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 31.
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge
>
> Dated: February 9, 2024
>         New York, New York

February 8, 2024

<u>VIA ECF</u>

Honorable Jessica G. L. Clarke
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Radoncic v. ABC Properties Equities LLC et al.*
            <u>Docket No: 23-cv-0003 (JGLC)</u>

Dear Judge Clarke:

    This firm represents the Defendants in the above referenced action.

    The parties have agreed to proceed to private mediation at this time. With that in mind, we are requesting that the Court schedule the submission of the status report in 90 days to give the parties time to select a mediator, schedule the mediation, and hold the mediation. If the mediation is unsuccessful, the parties propose setting forth a proposed briefing schedule for dispositive motions at that time.

    Thank you for your courtesy.

                            Respectfully submitted,

                            *Douglas Rowe*

                            Douglas E. Rowe

DER:ga

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8234095.1