UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANEL RADONCIC, on behalf of himself and all others similarly-situated,<br><br>                            Plaintiff,<br><br>    -against-<br><br>ABC PROPERTIES EQUITIES LLC, and FISHER ASSOCIATES, LLC, and ALAN FISHER, individually,<br><br>                          Defendants. | Civil Action No.: 23-cv-0003 (JGLC) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court, that:

(a) the parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable, and is approved under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012);

(b) the above-captioned action is dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and without an award of costs, disbursements or attorneys' fees to any party except as otherwise provided for in the parties' agreement; and

(c) the Court shall retain jurisdiction of this matter for the sole purpose of enforcing the parties' settlement agreement and entering judgment in accordance therewith should that become necessary.

|  |  |
|---|---|
| Dated: White Plains, New York<br>March 1, 2023 | Dated: White Plains, New York<br>March 1, 2023 |
| _____<br>Jeffrey Robert Maguire, Esq.<br>STEVENSON MARINO, LLP<br>*Attorneys for Plaintiff*<br>445 Hamilton Avenue, Suite 1500<br>White Plains, New York 10601<br>jmaguire@stevensonmarino.com | /s/ Douglas Rowe<br>_____<br>Douglas Rowe, Esq.<br>Certilman Balin Adler & Hyman, LLP<br>*Attorney for Defendants*<br>90 Merrick Avenue, 9th Floor<br>East Meadow, New York 11554<br>drowe@certilmanbalin.com |

**SO ORDERED,** on this 25 day of June, 2024, New York, New York**:**

The Clerk of Court is directed to close this case.

Dated: June 26, 2024
　　　New York, New York

_____
THE HONORABLE JESSICA G. L. CLARKE, U.S.D.J.